COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of BERTHA FISCHER PESONEN, Appellant, v. C. FRED MERKLE, Respondent.— Order of the Court of Special Sessions of the City of New York, Borough of Queens,

denying an order of filiation, dismissing the proceeding, and discharging the defendant reversed on the law and the facts and a new trial ordered. The order is against the weight of the evidence. The letters from various persons to the complaining witness were hearsay and incompetent as evidence. Davis, Taylor and Close, JJ., concur; Hagarty and Adel, JJ., dissent and vote to affirm.